UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON CROW, | CASE NO. C26-2436-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION |
| v. | |
| NCL CORPORATION LTD., | |
| Defendant(s). | |

Finding good cause, the Court GRANTS the parties' stipulated motion to extend the deadline to respond to the complaint. Dkt. No. 11. Defendants must respond to the complaint no later than August 7, 2026.

Dated this 16th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1