THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

CAMERON CROW, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

NCL (BAHAMAS) LTD., NCL CORPORATION LTD., and NORWEGIAN CRUISE LINE HOLDINGS, LTD.,

*Defendants.*

Case No.: 2:26-cv-02436-KKE

**STIPULATED MOTION TO DISMISS DEFENDANT NORWEGIAN CRUISE LINE HOLDINGS, LTD. AND ORDER**

**STIPULATED MOTION**

Pursuant to Local Rule 7(d)(1), Plaintiff Cameron Crow ("Plaintiff") and Defendants NCL (Bahamas) Ltd., NCL Corporation Ltd., and Norwegian Cruise Line Holdings, Ltd. (the "Norwegian Defendants"), by and through their attorneys, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses his Complaint, without prejudice, with respect to Defendant Norwegian Cruise Line Holdings, Ltd. only (the "Dismissed Defendant"), with each party to bear its own costs and fees. This dismissal without prejudice is based on the Norwegian Defendants' representations that the Dismissed Defendant did not initiate the transmission, conspire with another to initiate the transmission, or assist the transmission of the discount marketing emails at issue in the Complaint. *See* Ex. A (Declaration of Daniel S. Farkas).

2. If discovery reveals that the Dismissed Defendant did, in fact, initiate the transmission, conspire with another to initiate the transmission, or assist the transmission of the discount marketing emails at issue in the Complaint, the Norwegian Defendants will not object to any attempt by Plaintiff to reassert claims based on alleged violations of the Consumer Protection Act or Washington Commercial Electronic Act against the Dismissed Defendant in this case as untimely or waived, and agree that such claims shall be treated for all purposes, including the available statutory damages under RCW 19.190.040, as though they were filed as of June 10, 2026. However, if Plaintiff seeks to add the Dismissed Defendant into this case, the Dismissed Defendant reserves its right to oppose such an amendment on grounds other than timeliness, lack of diligence, or waiver.

Dated: September 22, 2026

Respectfully submitted,

By: */s/ Simon Franzini*

Jonas B. Jacobson (WSBA 62890)
jonas@dovel.com
Simon Franzini (WSBA 63689)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066

Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*
*Cameron Crow*

By: */s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Allyson R. Mancuso, WSBA No. 60686
HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
Email: Austin.Rainwater@hklaw.com
Allyson.Mancuso@hklaw.com

*Attorneys for Norwegian Defendants*

**ORDER**

The stipulated motion (Dkt. No. 20) is GRANTED. Plaintiff's claims against Defendant Norwegian Cruise Line Holdings, Ltd. are dismissed without prejudice, with each party to bear its own costs and fees. The clerk is directed to terminate Norwegian Cruise Line Holdings, Ltd. as a defendant in this action.

DATED THIS 22nd day of September, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge