Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMERON CROW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCL (BAHAMAS) LTD., NCL CORPORATION LTD., and NORWEGIAN CRUISE LINE HOLDINGS, LTD.,<br><br>Defendants. | Case No. 2:26-cv-02436-KKE<br><br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON DEFENDANTS' MOTION TO STAY ORDER REMANDING CASE PENDING NINTH CIRCUIT DISPOSITION OF PETITION FOR PERMISSION TO APPEAL** |

Defendants NCL (Bahamas) Ltd. and NCL Corporation Ltd. moved to stay the Court's order remanding this case pending Ninth Circuit disposition of their petition for permission to appeal under 28 U.S.C. § 1453(c)(1). Dkt. No. 26. Because this motion will not be ripe until after the remand is set to be effective, the Court hereby GRANTS IN PART the motion and ORDERS that the effective date of the remand order is temporarily STAYED until the Court fully resolves Defendants' stay motion.

DATED this 22nd day of October, 2026.

Kymberly K. Evanson
United States District Judge